UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDER J. WEINBERG, individually and on
behalf of all others similarly situated,

          JUDGMENT
          19-CV-2666 (LDH) (RML)

      Plaintiff,

  v.

CKS FINANCIAL, LLC,

      Defendant.
-----------------------------------------------------------------X

    A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 8, 2020, granting Defendant's motion to dismiss; it is

    ORDERED and ADJUDGED that Defendant's motion to dismiss is granted.

Dated: Brooklyn, New York                        Douglas C. Palmer
       September 9, 2020                        Clerk of Court

                                      By:    */s/Jalitza Poveda*
                                                 Deputy Clerk